UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | File No. 19-cr-00012 (ECT/HB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Michael Matthews, | |
| Defendant. | |

---

The Court has received the April 22, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. ECF No. 49. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Crim. P. 59(a); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 49] is **ACCEPTED**; and

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [ECF No. 25] is **DENIED**.

Dated: June 3, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court